United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

CLAIRE BRANDMEYER,

    Plaintiff,

  v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

_____

NOAH RITTER,

    Plaintiff,

  v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendant.

**JUDGMENT**

Case No. 20-cv-02886-SK

Case No. 20-cv-02925-SK

IT IS HEREBY ADJUDGED that Defendants' motions to dismiss are GRANTED, as described in this Court's order dated today. This constitutes a final judgment under Federal Rule of Civil Procedure 58. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 10, 2020



SALLIE KIM
United States Magistrate Judge